No. 96–79. BOGGS *v.* BOGGS ET AL. C. A. 5th Cir. [Certiorari granted, *ante*, p. 957.] Motion of Estate Planning Probate Law Section of State Bar of California for leave to file a brief as *amicus curiae* granted.

No. 96–272. METROPOLITAN STEVEDORE CO. *v.* RAMBO ET AL. C. A. 9th Cir. [Certiorari granted, *ante*, p. 1002.] Motions of National Association of Waterfront Employers et al. and National Steel & Shipbuilding Co. for leave to file briefs as *amici curiae* granted.

No. 96–491. INTER-MODAL RAIL EMPLOYEES ASSN. ET AL. *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL. C. A. 9th Cir. [Certiorari granted, *ante*, p. 1003.] Motion of petitioners to dispense with printing the joint appendix granted.

No. 96–542. MCMILLIAN *v.* MONROE COUNTY, ALABAMA. C. A. 11th Cir. [Certiorari granted, *ante*, p. 1025.] Motion of petitioner to dispense with printing the joint appendix granted.

No. 96–679. PISCATAWAY TOWNSHIP BOARD OF EDUCATION *v.* TAXMAN. C. A. 3d Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 96–5831. IN RE GAYDOS. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 59] denied.

No. 96–7122. IN RE TALAMANTES; and
No. 96–7136. IN RE MURRAY. Petitions for writs of habeas corpus denied.

No. 96–6728. IN RE STILES; and
No. 96–7098. IN RE GRIFFIN. Petitions for writs of mandamus and/or prohibition denied.

No. 96–777. IN RE MORETTI. Petition for writ of prohibition denied.